UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   CV 25-00933-SK                                                                 Date: April 3, 2025
Title        State Farm General Insurance Company v. Bosch Thermotechnology Corp. et al

Present: The Honorable: Steve Kim, United States Magistrate Judge

| Connie Chung | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendant(s): |
|---|---|
| None present | None present |

**Proceedings:**   (IN CHAMBERS) **ORDER TO SHOW CAUSE AND/OR TO SUBMIT A SUPERSEDING JOINT RULE 26(f) REPORT**

On February 19, 2025, the Court issued an Order Setting Scheduling Conference. (ECF 9). The parties' joint Rule 26(f) report, as required by the Court's order, Fed. R. Civ. P. 26(f), and Local Rule 26-1, was due by April 2, 2025. On March 31, 2025, Plaintiff filed a unilateral Rule 26(f) report. (ECF 10). Defendant Delta Faucet Company is thus ordered to show cause in writing no later than **April 30, 2025** why sanctions should not be imposed on Defendant and/or counsel for failure to cooperate in the filing of the joint report. Failure to timely file a written response to this order may result in the striking of Defendant's Answer and entry of default. The filing of a proper *joint* Rule 26(f) report (to supersede Plaintiff's unilateral report) after the required conference of counsel by the above deadline will be deemed a satisfactory response. Meanwhile, the scheduling conference currently set for April 9, 2025 at 10:00 AM by Zoom webinar is VACATED. The Court may set a further OSC hearing or scheduling conference in person as needed based on what is filed by or before April 30 as ordered here.[1]

IT IS SO ORDERED.

---

[1] Nothing in this order precludes Plaintiff and Delta from lodging, with the required showing of good cause, a stipulation and proposed order to extend dates for the Rule 26(f) conference of counsel and follow-on joint report, including as appropriate to permit completion of service on any unserved defendants, so that all affected parties can participate in the Rule 26(f) conference at one time and thereafter submit a single joint report for everyone. Any such stipulation and proposed order, however, must still be lodged and filed no later than **April 30, 2025**.