# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STATE FARM GENERAL INSURANCE COMPANY,<br><br>    Plaintiff,<br><br>v.<br><br>BOSCH THERMOTECHNOLOGY CORP. dba BSH HOME APPLIANCES CORPORATION; DELTA FAUCET COMPANY; and DOES 1-20,<br><br>    Defendants. | Case No.: 2:25-CV-933-SK<br><br>**ORDER TO SHOW CAUSE** |

Under the court's scheduling order, the parties were to have completed a settlement conference by no later than November 24, 2025.  They are also scheduled to appear for an initial pretrial conference with the court at 10 AM PT on January 7, 2026.  In advance of that conference (14 days beforehand), the parties had to file any motions in limine, pretrial documents required by Local Rules 16-4 through 16-6, and jury instructions.  Yet as of this order, the parties have neither notified the court of the status of settlement nor timely filed the required pretrial documents before the scheduled January 7 pretrial conference.

For these reasons, the parties are ORDERED TO SHOW CAUSE in writing by 9 AM PT on January 7, 2026 why they should not be sanctioned for failure to comply with the scheduling order.  Meanwhile, the initial pretrial conference scheduled for January 7 is VACATED.  The bench trial scheduled for May 12,

2026, as well as the final pretrial conference scheduled for April 29, 2026, are both VACATED too.  But all other deadlines in the scheduling order—including the discovery cutoff (March 13, 2026) and deadline for dispositive motions (March 18, 2026)—remain as previously ordered.

IT IS SO ORDERED.

Date:  <u>December 31, 2025</u>

STEVE KIM
United States Magistrate Judge